IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AARON DeROO,

    Petitioner,

                        JUDGMENT IN A CIVIL CASE

v.

                        Case No. 09-cv-247-bbc

CAROL HOLINKA, Warden,

    Respondent.

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered denying petitioner's petition for a writ of habeas corpus.

By: _/s/_ Chief Deputy Clerk      10-26-09
    Peter Oppeneer, Clerk of Court      Date